UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Benny G. Wiggins,<br><br>    Petitioner,<br><br>v.<br><br>Mike Poulos, Warden,<br><br>    Respondent. | No. CV 10-3003-JSL (MAN)<br><br>ORDER DISMISSING<br>PETITION WITH PREJUDICE |

    The matter before the Court is Petitioner Benny G. Wiggins' Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 ("Petition"). Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law, the Court finds that there is no legal basis for relief.

    THEREFORE, IT IS HEREBY ORDERED that the Petition is DISMISSED WITH PREJUDICE.

    IT IS SO ORDERED.

DATED: April 20, 2011

*Spencer Letts*

J. Spencer Letts
United States District Judge