# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Benny G. Wiggins,<br>      Petitioner,<br><br>    v.<br><br>Mike Poulos,<br>      Respondent. | No. CV 10-3003-JSL (MAN)<br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 20, 2011

                                                        */s/ Spencer Letts*
                                                J. Spencer Letts
                                        United States District Judge